UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Dwayne Jay Norton,

    Plaintiff,

vs.                                                  Case No. 3:10-cv-445-J-34MCR

William Greer, et al.,

    Defendants.
_____/

## **REPORT AND RECOMMENDATION TO TRANSFER CASE**[1]

**THIS CAUSE** is before the Court on Plaintiff's Affidavit of Indigency, which the Court construes as a Motion to Proceed *in forma pauperis* (Doc. 2) filed May 21, 2010. A review of the file indicates Plaintiff resides in Tampa, Florida. After noticing this, the Court entered an Order (Doc. 4) indicating it believed the case should be transferred to the Tampa Division and providing Plaintiff with an opportunity to explain why the case should remain in the Jacksonville Division. Plaintiff filed a response stating he was required to file his appeal in the division where his SSI claim was denied and as it was denied in Jacksonville, venue was proper in Jacksonville. (Doc. 5).

Appeals from decisions of the Social Security Administration are to be brought "in the district court of the United States for the judicial district in which the plaintiff resides." 42 U.S.C. § 405(g). Accordingly, there is no requirement that Plaintiff file his appeal in

---

[1] Any party may file and serve specific, written objections hereto within FOURTEEN (14) DAYS after service of this Report and Recommendation. Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Rule 72(a), Fed.R.Civ.P.; Local Rule 6.02(a), United States District Court for the Middle District of Florida.

the division where it was denied. Thus, for the convenience of the parties and the interest of justice, the undersigned believes this action should be transferred to the Tampa Division based on Plaintiff's residence in that Division.

Therefore, it is respectfully

**RECOMMENDED**:

This case be transferred to the Tampa Division of this Court for all further proceedings.

**DONE AND ENTERED** in Chambers in Jacksonville, Florida this 14th day of June, 2010.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Pro Se Plaintiff